■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PERRY GUMBS, Appellant. [851 NYS2d 897]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (Berry, J.), imposed August 4, 2006, on the ground that the sentence is illegal.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Skelos, Ritter, Miller and Angiolillo, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHAMP HALLETT, Appellant. [851 NYS2d 897]—Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Suffolk County (Braslow, J.), imposed September 25, 2006, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed. No opinion. Spolzino, J.P., Florio, Covello and Dickerson, JJ., concur.